UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9075-GW(AFMx) | Date | January 27, 2016 |
|---|---|---|---|
| Title | *Stillwater Design and Audio, Inc. v. DSV Air and Sea, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE: SETTLEMENT**

On January 22, 2016, Plaintiff filed a Notice of Settlement. The Court sets an Order to Show Cause Hearing re: Settlement for February 29, 2016 at 8:30 a.m. The parties are advised that the status conference will be vacated and no appearance will be required provided that a Notice of Dismissal, is filed by noon on February 26, 2016.

:

Initials of Preparer JG